# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 98 EM 2018 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| BERNIE BROWN, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of October, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.